### W. T. JONES et al. v. STATE.

No. A-4068.   Opinion Filed Aug. 14, 1922.
(208 Pac. 1118.)

Appeal from County Court, Oklahoma County; W. R. Taylor, Judge.

W. T. Jones and W. M. Solderburg were convicted of a violation of the prohibitory liquor law, and appeal. Appeal dismissed.

H. S. Hurst, for plaintiffs in error.

The Attorney General, for the State.

PER CURIAM. W. T. Jones and W. M. Solderburg were jointly convicted in the county court of Oklahoma county, by judgments rendered on the 9th day of May, 1921, of the crime of unlawfully transporting intoxicating liquor, and the punishment of each fixed at a fine of $100 and imprisonment in the county jail for a period of 60 days. On the 11th day of August, 1922, counsel for plaintiffs in error filed a motion to dismiss the appeal. The appeal is accordingly dismissed. Mandate forthwith.